**JUDGE SCHEINDLIN**

07 CV 6832

368-07/GMV/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
STAR LEGEND S.A.,

                Plaintiff,

-against-

INDUSTRIAL CARRIERS INC.,

                Defendant.
----------------------------------------------------------------x

07 CV _____ ( ___ )

**RULE 7.1 STATEMENT**

*[Stamp: RECEIVED JUL 30 2007 U.S.D.C. S.D.N.Y. CASHIERS]*

The Plaintiff, STAR LEGEND S.A., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
      July 30, 2007

                            FREEHILL HOGAN & MAHAR, LLP
                            Attorneys for Plaintiff STAR LEGEND S.A.

         By: _____
                            Gina M. Venezia (GV 1551)
                            Pamela L. Schultz (0335)
                            80 Pine Street
                            New York, NY 10005
                            Telephone: (212) 425-1900
                            Facsimile: (212) 425-1901

NYDOCS1/287351.1