368-07/GMV/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



STAR LEGEND S.A.,

           Plaintiff,

- versus -

INDUSTRIAL CARRIERS INC.,

           Defendant.

07 Civ. 6832 (SAS)

**RULE 41(A) NOTICE OF VOLUNTARY DISMISSAL AND STIPULATION REGARDING RELEASE OF FUNDS UNDER ATTACHMENT**

Plaintiff STAR LEGEND S.A. hereby stipulates as follows:

1. The order of attachment issued in this case against any assets or property of the Defendant is vacated;

2. Funds in the total amount of $11,547.00 (consisting of four wire transfers in the amounts of $4,000.00, $1,164.00, $2000.00, and $4,383.00) currently under attachment and in the custody of Deutsche Bank shall be released immediately and simultaneously transferred pursuant to the original wire transfer instructions to the originally intended beneficiary;

3. This case shall be discontinued without prejudice.

NYDOCS1/291633.1

Dated: New York, New York
October 11, 2007

        FREEHILL HOGAN & MAHAR, LLP
        Attorneys for Plaintiff STAR LEGEND S.A.

By: _____
        Gina M. Venezia (GV 1551)
        Pamela L. Schultz (PS 0335)
        80 Pine Street
        New York, NY 10005
        (212) 425-1900

SO ORDERED:

_____
U.S. DISTRICT JUDGE
Shira A Scheindlin, USDJ

Date Oct. 11, 2007